Yasin M. Almadani (CA SBN: 242798)
ALMADANI LAW
4695 MacArthur Ct., Suite 1100
Newport Beach, CA 92660
(949) 877-7177 | YMA@LawAlm.com

Attorneys for Plaintiff

PHILLIP A. TALBERT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:    joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRDOS S. SHEIKH, M.D., | No. 2:22-cv-00409-WBS-AC |
| Plaintiff, | **STIPULATION AND ORDER FOR CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | Current Date/Time:    July 5, 2022, at 1:30 p.m. |
| Defendants. | Proposed Date/Time:  Sept. 19, 2022, at 1:30 p.m. |

Plaintiff Firdos Sheikh, M.D., on the one hand, and Defendants U.S. Department of Homeland Security and former special agents Carol Webster and Eugene Kizenko (collectively, "Defendants"), on the other hand, hereby stipulate and agree as follows, subject to Court approval:

WHEREAS, the Status (Pretrial Scheduling) Conference in this matter is presently set for July 5, 2022;

WHEREAS, Defendants' answer is presently due on August 1, 2022; and

WHEREAS, the parties agree that planning for discovery and scheduling this case will be facilitated by Defendants having reviewed and responded to the Complaint;

STIPULATION AND ORDER FOR CONTINUING STATUS
(PRETRIAL SCHEDULING) CONFERENCE               1

NOW THEREFORE, the parties agree on the following, subject to Court approval:

1. Defendants' deadline to respond to the operative Complaint is August 1, 2022;

2. Should Defendants choose to file a motion under Fed. R. Civ. P. 12 by their response deadline, Plaintiff shall file her opposition by August 22, 2022;

3. Defendants shall file any reply by September 6, 2022;

4. The Status (Pretrial Scheduling) Conference, along with any motions hearing (if necessary), shall be continued from July 5, 2022, at 1:30 p.m., to September 19, 2022, at 1:30 p.m., or as soon thereafter as the Court's schedule permits. SO STIPULATED.

Dated: June 20, 2022                    Respectfully submitted,

                                        ALMADANI LAW

                                By:     /s/ *Yasin M. Almadani*     (authorized 6/20/2022)
                                        YASIN M. ALMADANI

                                        *Attorneys for Plaintiff*


                                        PHILLIP A. TALBERT
                                        United States Attorney

                                By:     /s/ *Joseph B. Frueh*
                                        JOSEPH B. FRUEH
                                        Assistant United States Attorney

                                        *Attorneys for Defendants*

**IT IS SO ORDERED:**

1. Defendants' deadline to respond to the operative Complaint is August 1, 2022;

2. Should Defendants choose to file a motion under Fed. R. Civ. P. 12 by their response deadline, Plaintiff shall file her opposition by August 22, 2022;

3. Defendants shall file any reply by September 6, 2022;

4. The Status (Pretrial Scheduling) Conference, along with any motions hearing (if necessary), shall be continued from July 5, 2022, at 1:30 p.m., to **October 24, 2022, at 1:30 p.m.** A joint status report shall be filed no later than **October 11, 2022**.

Dated:  June 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE