PHILLIP A. TALBERT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail: joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRDOS S. SHEIKH, M.D.,<br><br>                                 Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>                                 Defendants. | Case No. 2:22-cv-00409-WBS-AC<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**<br><br><u>Hearing on Motion</u><br><br>Date:        October 24, 2022<br><br>Time:       1:30 p.m.<br><br>Location: Courtroom 5, Fourteenth Floor<br>                United States Courthouse<br>                501 I Street<br>                Sacramento, CA  95814 |

**NOTICE OF MOTION AND MOTION TO DISMISS**

PLEASE TAKE NOTICE that on October 24, 2022, at 1:30 p.m., or as soon thereafter as this matter may be heard, Defendants U.S. Department of Homeland Security ("DHS"), Carol Webster, and Eugene Kizenko will, and hereby do, move pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6) for an order dismissing the Complaint filed by Plaintiff Firdos Sheikh (ECF 1) for lack of subject-matter jurisdiction and for failure to state a claim upon which relief can be granted.

This Motion will be made in Courtroom 5 of the United States Courthouse located at 501 I Street in Sacramento, California. Dismissal is warranted because:

- there is no waiver of sovereign immunity authorizing suit against DHS under *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971);
- Plaintiff's claims extend *Bivens* to a "new context," and there are numerous "rational reasons" to believe Congress is better suited to authorize a new damages remedy, *see Egbert v. Boule*, 142 S. Ct. 1793, 1805 (2022);
- even if this Court created a new *Bivens* remedy, Plaintiff's allegations fail to present cognizable constitutional violations; and
- even if this Court created a new *Bivens* remedy, and even if Plaintiff presented cognizable constitutional claims, the individual agents are entitled to qualified immunity.

This Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, and such other evidence or argument as the Court may consider.

Dated:  August 1, 2022                                    Respectfully submitted,

                                                          PHILLIP A. TALBERT
                                                          United States Attorney

                                          By:    /s/ *Joseph B. Frueh*
                                                 JOSEPH B. FRUEH
                                                 Assistant United States Attorney

                                                 Attorneys for Defendants